

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                    CRIMINAL NO. 2:24-cr-00178
                      8 U.S.C. § 1324a(a)(2)
                      8 U.S.C. § 1324a(f)(1)

JOHN ROBERT COE

### I N F O R M A T I O N

The United States Attorney Charges:

From on or about September 27, 2013, through on or about May 7, 2021, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOHN ROBERT COE engaged in a pattern and practice of continuing to employ an alien in the United States, whose identity is known to the United States Attorney, knowing the alien was an unauthorized alien with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(2) and 1324a(f)(1).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney